Argued October 1, reversed and remanded October 17, 1963

## STATE OF OREGON *v.* JONES
385 P. 2d 759

*George A. Haslett, Jr.,* Portland, argued the cause for appellant. With him on the briefs was Francis F. Yunker, Portland.

*George E. Juba,* Deputy District Attorney, Portland, argued the cause for respondent. On the brief was George Van Hoomissen, District Attorney, Portland.

Before McAllister, Chief Justice, and Rossman, Sloan, Goodwin and Lusk, Justices.

PER CURIAM.

The defendant was convicted of second-degree murder and appeals.

The only question in the case is whether the trial

court committed reversible error when it instructed the jury that there was a conclusive presumption of an intent to kill from the deliberate use of a deadly weapon. It did. *State v. Elliott,* 234 Or 522, 383 P2d 382 (1963); *State of Oregon v. Nodine,* 198 Or 679, 695, 259 P2d 1056 (1953).

Reversed and remanded.